IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| OPERATIVE PLASTERERS & CEMENT MASONS INTERNATIONAL ASSOCIATION LOCAL NO. 8 et al | : : : : | CIVIL ACTION |
| v. | : : : | NO. 15-0486 |
| ATLANTIC 3 CONSTRUCTION CO., INC. et al | : : | |

## ORDER

AND NOW, this 29th day of February 2016, upon consideration of the Plaintiffs' Motion for Summary Judgment (ECF Doc. No. 24), Defendant Joseph Messa's Cross-Motion for Summary Judgment (ECF Doc. No. 27), Oppositions (ECF Doc. Nos. 28, 29) and for the reasons in the accompanying Memorandum, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 24) is **GRANTED** and Defendant Messa's Cross-Motion (ECF Doc. No. 27) is **DENIED** as there are no genuine issues of material fact precluding summary judgment as a matter of law in Plaintiffs' favor.

On or before **March 7, 2016**, Plaintiffs shall file a sworn Petition with attached proposed Judgment Order reviewed by Defendant Messa for the judgment amount including pre-judgment interest and reasonable attorney's fees and costs supported by invoices redacted for privilege and a comparator reasonableness affidavit. Plaintiffs shall contemporaneously submit their full attorney invoices *in camera* by overnight mail or hand delivery to our Chambers and Defendants may file an Opposition to the proposed final Judgment Order on or before **March 11, 2016.**

KEARNEY, J.